# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

WILLIE WOODARD,

    Plaintiff,

vs.                                    Case No. 4:08cv354-RH/WCS

LEON T. JORDAN,
JEREMY MUENSTERMAN, et al.,

    Defendants.

                             /

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, was directed to file a third amended complaint. Doc. 9. The order entered explained to Plaintiff the various deficiencies with his second amended complaint, doc. 8, as had the prior order which required Plaintiff to submit the amended complaint. *See* doc. 5. Plaintiff's complaints have not been sufficient to state a claim, and did not comply with the Federal Rules of Civil Procedure. The last order entered, doc. 9, explained to Plaintiff what factual allegations he must provide to present a complaint. Plaintiff was advised that "the opportunities to submit a proper complaint, in the required format, [were] not unlimited." *Id.*, at 1. Plaintiff was told that the opportunity to submit a third amended complaint would be the final opportunity.

Plaintiff has now filed an argument, doc. 10, but not a third amended complaint. Plaintiff has not used separately numbered paragraphs to set forth the facts which support his claim. Plaintiff has not alleged how any Defendant named has violated his rights. Plaintiff has failed to present any claim, and this case should now be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to comply with court orders, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

**IN CHAMBERS** at Tallahassee, Florida, on November 20, 2008.


     s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**