IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE WOODARD,

    Plaintiff,

v.                                         CASE NO. 4:08cv354-RH/WCS

LEON T. JORDAN, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation. (Document 11.) No objections have been filed.

    The report and recommendation concludes that the case should be dismissed based on the plaintiff's failure to file a third amended complaint as required by the magistrate judge's earlier order. That order noted deficiencies in the second amended complaint. The second amended complaint is long and rambling. It includes 33 pages of unfocused running commentary without numbered paragraphs. It apparently attempts to assert a claim for the use of excessive force in 2002. But any such claim is rather clearly barred by the statute of limitations.

The magistrate judge afforded the plaintiff an opportunity to file a third amended complaint complying with the governing rules.  But the plaintiff chose not to do so.

As noted in the report and recommendation, a court has inherent authority to require compliance with its orders and to dismiss a case when a plaintiff simply refuses to comply with the rules and court orders.

Dismissal is not too harsh a sanction here.  This court's docket includes hundreds of prisoner cases.  Some are well founded, but many are not.  Effective management of the cases is essential; otherwise, meritorious cases will be lost in the sea of unmeritorious ones.  If every plaintiff were allowed to submit a rambling, unfocused 33-page running commentary without numbered paragraphs—or to disregard other rules at his or her whim—effective management of the cases would be impossible.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion

of the court.  The complaint is dismissed based on 28 U.S.C. § 1915(e)(2)(B).  The clerk must enter judgment and shall close the file.

    SO ORDERED on February 20, 2009.

                                   s/Robert L. Hinkle
                                   Chief United States District Judge